| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>MARTIN, BEVERLY B | 2. Court or Organization<br><br>Northern District of Georgia | 3. Date of Report<br><br>05/1/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b.  ☐  Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>2388 U.S. Courthouse<br>75 Spring Street SW<br>Atlanta, GA 30303 - 3309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY -3 A 11: 22 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1990 | State of Georgia Deferred Compensation Plan |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Self-employed (attorney in partnership) |
| 2. 2006 | Director fee for Lone Star Corporation |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 05/1/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | RBC Centura Bank | loan for investment | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 05/1/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America checking account | A | Interest | L | T | | | | | |
| 2. Bank of America money market account | A | Interest | K | T | | | | | |
| 3. Bank of America money market account | A | Interest | J | T | | | | | |
| 4. Bank of America Certificate of Deposit | A | Interest | J | T | bought | 4/13 | | | |
| 5. Bank of America Certificate of Deposit | A | Interest | J | T | redeemed | 9/10 | J | A | |
| 6. Bank of America Certificate of Deposit | A | Interest | J | T | bought | 9/10 | J | | |
| 7. RBC Centura Bank███ | A | Interest | L | T | | | | | |
| 8. Wachovia checking account███ | B | Interest | M | T | | | | | |
| 9. NANB checking account███ | B | Interest | M | T | | | | | |
| 10. Alliance Fund | C | Dividend | K | T | | | | | |
| 11. Atlas Growth Fund | C | Dividend | L | T | | | | | |
| 12. Coca-Cola Company | A | Dividend | J | T | | | | | |
| 13. Dodge & Cox Income Fund | B | Dividend | K | T | | | | | |
| 14. Dodge & Cox Stock Fund███ retirement account) | D | Dividend | N | T | sold | 8/18 | N | D | |
| 15. Dodge & Cox Balanced Fund███ retirement account) | E | Dividend | N | T | | | | | |
| 16. Dodge & Cox International Fund | C | Dividend | M | T | | | | | |
| 17. Dreyfus S&P 500 Fund | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 05/1/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. J. M. & Star | B | Rent | J | W | | | | | |
| 19. Jensen Portfolio CL (IRA) | A | Dividend | M | T | | | | | |
| 20. Lone Star Corp. | E | Dividend | M | W | | | | | |
| 21. MCF Corp (spouse) | | None | J | T | | | | | |
| 22. M&I Stable Principal Fund▇ | D | Dividend | O | T | | | | | |
| 23. Metropolitan Capital Bancorp▇▇▇▇IRA) | | None | L | W | | | | | |
| 24. North Atlanta National Bank▇ debenture) | D | Interest | N | W | | | | | |
| 25. Fidelity Management Inv. Acct. ▇▇ IRA) | B | Dividend | K | T | | | | | |
| 26. Pontotoc Bancshares▇▇ | B | Dividend | K | T | | | | | |
| 27. Schwab money market fund #1 | D | Dividend | M | T | | | | | |
| 28. Schwab Money Market (IRA) | A | Dividend | J | T | | | | | |
| 29. Schwab S&P 500 Select | B | Dividend | L | T | | | | | |
| 30. U.S. Treasury Bonds | | None | K | T | bought | 4/13 | K | | |
| 31. Large Cap Index Fund (Georgia Def. Comp. Acct.) | B | Dividend | M | T | | | | | |
| 32. Vanguard Total International Stock Index ▇▇▇ret. acct.) | D | Dividend | | | sold | 8/18 | L | C | |
| 33. Wells-Fargo C&B Mid-Cap (formerly Cooke & Beiler Mid-Cap) | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(1)  The NANB listed on line 9 of Section VII is the same account listed in last year's report at line 6, Section VII as WANB.  I simply made a typographical error last year.

(2)  The Fund listed at line 31 in Section VII of this report is the same account as listed in line 37, Section VII of last year's report.  The Fund Manager changed during the year, and the fund changed as a result.

(3)  The Fidelity Account listed at line 25 in Section VII is the same account as the Pinnacle Fund listed last year at line 28 in Section VII.  Pinnacle no longer manages the account.

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 05/1/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Date _May 1, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544